1  **Bruce E. Disenhouse (SBN 078760)**
   BD@DI-law.com
2  DISENHOUSE AND IVICEVIC LLP
   3890 Eleventh Street, Suite 217
3  Riverside, California 92501
   T: 951-777-2439
4  F: 951-777-2866

5  Attorneys for Defendant/Third Party Complainant NILO JOSE and Defendant JUVIEN GALZOTE
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10

11 EDDIE CAMPOS, BROOKE CAMPOS, ) CASE NO.: 14-cv-1370 JGB (DTBx)
   BLAKE CAMPOS, MIKE STEINHAUS )
   and MORGAN BURNINGHAM,       ) *Honorable Jesus G. Bernal*
12                              )
              Plaintiffs,       ) DEFENDANT/THIRD PARTY
13                              ) COMPLAINANT NILO JOSE'S
   v.                           ) NOTICE OF INTERESTED PARTIES
14                              )
   COUNTY OF RIVERSIDE, STANELY )
15 SNIFF, DANIEL ARENAS, JR, JUVIEN )
   GALZOTE, BRIAN LAUREANO, LISA )
16 MILLER, THOMAS MILLER, NILO   )
   JOSE, VINCENT MUSARACA, DAVE )
17 JOHNSON and GARY GUEVERRA,    )
                                 )
18            Defendants,        )
                                 )
19 ─────────────────────────     )
                                 )
20 DANIEL ARENAS, JR.            )
                                 )
21            Cross-Complainant, )
                                 )
22                               )
                                 )
23 v.                            )
                                 )
24                               )
                                 )
25 EDDIE CAMPOS and ROES 1 through )
                                 )
26 50, Inclusive                 )
                                 )
27            Cross-Defendants.  )
                                 )
28 ─────────────────────────     )
                                 )
DISENHOUSE &                     )
IVICEVIC, LLP
                    1
           NOTICE OF INTERESTED PARTIES

|   |   |
|---|---|
| NILO JOSE, | ) |
|   | ) |
|         Third Party Complainant, | ) |
|   | ) |
| v. | ) |
|   | ) |
| MIKE STEINHAUS, BLAKE CAMPOS and SOES 1 through 50, Inclusive, | ) |
|   | ) |
|         Third Party Defendants, | ) |
| _____ | ) |

COMES NOW Defendant/Third Party Complainant NILO JOSE ("JOSE") and provides this Court with notice of potentially interested parties as follows:

**Plaintiffs**

1. Eddie Campos
2. Brooke Campos (daughter of Eddie Campos)
3. Blake Campos (son of Eddie Campos)
4. Mike Steinhaus (friend)
5. Morgan Burningham (Blake Campos's girlfriend)

**Defendants**

6. County of Riverside
7. Sheriff Stanley Sniff, Jr.
8. Daniel Arenas, Jr.
9. Juvien Galzote
10. Brian Laureano
11. Lisa Miller
12. Thomas Miller
13. Nilo Jose
14. Vincent Musaraca
15. Dave Johnson

//

//

1      16.    Gary Gueverra

2 DATED: December 19, 2014      DISENHOUSE AND IVICEVIC LLP

4                                     */s/ Bruce E. Disenhouse*

5                                 _____
                                    BRUCE E. DISENHOUSE

3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28

DISENHOUSE &
IVICEVIC, LLP

**PROOF OF SERVICE BY MAIL**

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF RIVERSIDE** )

    I, Brenda Laird, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 3890 Eleventh Street, Suite 217, Riverside, California 92501.

    On December 19, 2014, I served the foregoing DEFENDANT/THIRD PARTY COMPLAINANT NILO JOSE'S NOTICE OF INTERESTED PARTIES on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California, addressed as follows and/or by one of the methods of service as follows:

**SEE ATTACHED MAILING LIST**

_x_  **BY MAIL**: I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to C.C.P. 1013(a).

___  **BY FAX**: A copy of said document(s) was delivered by facsimile transmission to the addressee pursuant to C.C.P. 1013(e).

___  **BY ELECTRONIC SERVICE**: A copy of said document(s) was delivered by electronic transmission to the addressee(s) pursuant to C.C.P. 1010.6(3).

___  **BY PERSONAL SERVICE**: I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to C.C.P. 1011.

___  **BY EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to C.C.P. 1013(c).

_x_  **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on December 19, 2014, at Riverside, California.

                              */s/ Brenda Laird*
                              BRENDA LAIRD

DISENHOUSE & IVICEVIC, LLP

# MAILING LIST

*Campos v. County of Riverside, et al.*
*14-cv-1370 JGB (DTBx)*

**<u>Attorneys for Plaintiffs Eddie Campos, Brooke Campos, Blake Campos, Mike Steinhaus and Morgan Burningham</u>**
Eugene Gerald Iredale
Julia G. Yoo
Iredale and Yoo APC
105 West F Street, 4th Floor
San Diego, California  92101
T:  619-233-1525
F:  619-233-3221
E:  egiredale@yahoo.com
E:  jyoo@iredalelaw.com

**<u>Attorneys for Defendant County of Riverside</u>**
Eric Angel
Stephanie Joy M. Tanada
Arthur Kenneth Cunningham
Lewis Brisbois Bisgaard and Smith LLP
Tri-City Corp Center
650 East Hospitality Lane, Suite 600
San Bernardino, California  92408-3508
T:  909-387-1130
F:  909-387-1138
E:  eric.angel@lewisbrisbois.com
E:  Tanada@lbbslaw.com
E:  Arthur.cunningham@lewisbrisbois.com

**<u>Attorneys for Defendant/Cross-complainant, Daniel Arenas, Jr.</u>**
Thomas W. Palecek
Law Offices of Jason P. Williams
3170 Fourth Avenue, Third Floor
San Diego, California 92104
T:  619-346-4263
F:  619-346-4291
E:  tpalecek@jpwlawyers.com

**<u>Attorneys for Defendant Brian Laureano</u>**
Brian Laureano
32003 Calle Novelda
Temecula, California 92592
T:  951-296-7813
E:  blaureano1@roadrunner.com

**<u>Attorneys for Defendants Lisa Miller and Thomas Miller and Vincent Musaraca</u>**
Robert Michael Beggs
The Beggs Law Firm APC
3151 Airway Avenue, Ste. S1
Costa Mesa, California 92626
T:  949-878-3773
F:  949-608-1741
E:  Robert@thebeggslawfirm.com