UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | EDCV14-01370-JGB(KKx) |
| Date | September 28, 2016 |
| Title: | Eddie Campos, et al. v. Juvien Galzote, et al. |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Wendy Rogers | Adele C. Frazier |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Eugene Gerald Iredale | Bruce E. Disenhouse |
| Regina Bagdasarian | J. Pat Ferraris |

\_\_\_\_ Day Court Trial        2nd Day Jury Trial

\_\_\_\_ One day trial:  \_\_\_\_ Begun (1st day);  X Held & Continued;  \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
X Witnesses called, sworn and testified.  X Exhibits Identified  X Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of  \_\_\_\_ plaintiff(s)  \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by  \_\_\_\_ plaintiff(s)  \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   Briefs to be filed by
\_\_\_\_ Motion to dismiss by \_\_\_\_\_ is \_\_\_\_\_ granted. \_\_\_\_\_ denied. \_\_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_\_ is \_\_\_\_\_ granted. \_\_\_\_\_ denied. \_\_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_\_ is \_\_\_\_\_ granted. \_\_\_\_\_ denied. \_\_\_\_\_ submitted.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to  September 29, 2016, at 9:00 a.m.  for further trial/further jury deliberation.
\_\_\_\_ Other:

5 : 55

Initials of Deputy Clerk  wr