**Bruce E. Disenhouse (SBN 078760)**
Bruce@DisenhouseLaw.net
**J. Pat Ferraris (SBN 267223)**
JPat@DisenhouseLaw.net
DISENHOUSE LAW APC
3833 Tenth Street
Riverside, California 92501
T:  951-530-3710
F:  951-543-4239

JS-6

Attorneys for Defendants/Third Party Plaintiffs NILO JOSE and Defendant JUVIEN
GALZOTE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE CAMPOS, BROOKE CAMPOS, BLAKE CAMPOS, MIKE STEINHAUS and MORGAN BURNINGHAM, | CASE NO.:  14-cv-1370 JGB (KKx) |
| | *Honorable Jesus G. Bernal* |
| Plaintiffs, | JUDGMENT |
| v. | |
| COUNTY OF RIVERSIDE, STANELY SNIFF, DANIEL ARENAS, JR, JUVIEN GALZOTE, BRIAN LAUREANO, LISA MILLER, THOMAS MILLER, NILO JOSE, VINCENT MUSARACA, DAVE JOHNSON and GARY GUEVERRA, | |
| Defendants, | |
| _____ | |
| NILO JOSE, | |
| Third Party Plaintiff, | |
| v. | |
| MIKE STEINHAUS, BLAKE CAMPOS and SOES 1 through 50, Inclusive, | |
| Third Party Defendants, | |
| _____ | |

This matter came on regularly for trial on September 27, 2016, in Courtroom 1
of the above-entitled court before the Honorable Jesus Bernal, Judge Presiding.

1   Eugene Iredale and Regina Bagdasarian appeared on behalf of the Plaintiffs; Bruce

2   E. Disenhouse and J. Pat Ferraris appeared on behalf of Defendants and Third Party

3   Plaintiff.

4        A jury was duly empaneled and sworn on September 27, 2016.  Witnesses

5   were sworn and examined, and documentary evidence was received.

6        Following instruction and final argument, the jury began its deliberation on

7   October 6, 2016, and duly returned to Court with verdicts the following day, as

8   follows:

9   ### VERDICT CONCERNING BLAKE CAMPOS

10  We, the jury in the above-entitled action, find unanimously as follows:

| Question 1: | Did the defendants act under "color of law" against Plaintiff Blake Campos?  Please answer "Yes" or "No" as to each defendant. |
|---|---|
| Answer: | Nilo Jose:          _____ Yes          __X___ No |
|  | Juvien Galzote:          _____ Yes          __X___ No |

17   *If you answered "yes" to any defendant in Question 1, please proceed to*

18  *Question 2 and answer only with regard to the defendant(s) as to whom you*

19  *answered "yes" in Question 1.*

20   *If you answered "no" to all defendants in Question 1, please proceed to*

21  *Question 4.*

22  **Battery claim**

| Question 4: | Did defendants touch or cause Plaintiff Blake Campos to be touched with the intent to harm or offend him? |
|---|---|
| Answer: | Nilo Jose:          _____ Yes          __X___ No |
|  | Juvien Galzote:          _____ Yes          __X___ No |

28  //

*If you answered "yes" to any defendant in Question 4, then answer Question 4a only with regard to the defendant(s) as to whom you answered "yes" in Question 4.*

*If you answered "no" to Question 4 as to all defendants, then skip 4a-4b and answer Question 5.*

**Assault claim**

| Question 5: | Did Defendant Nilo Jose and Defendant Juvien Galzote act, or cause others to act, intending to cause harmful contact with Plaintiff Blake Campos or intending to place Blake Campos in fear of harmful contact?   Please answer "Yes" or "No" as to each Defendant. |
|---|---|
| Answer: | Nilo Jose:          _____ Yes          __X___ No |
|  | Juvien Galzote:          _____ Yes          __X___ No |

**Intentional infliction of emotional distress claim**

| Question 6: | Was the conduct of Defendants Nilo Jose and/or Juvien Galzote outrageous?  Please answer "Yes" or "No" as to each Defendant. |
|---|---|
| Answer: | Nilo Jose:          _____ Yes          __X___ No |
|  | Juvien Galzote:          _____ Yes          __X___ No |

*If you answered "yes" to any defendant in Question 6, then answer Question 6a only with regard to the defendant(s) as to whom you answered "yes" in Question 6.  If you answered "no" to Question 6 as to all defendants, then skip 6a-6c and answer Question 7.*

//
//
//
//
//

**False imprisonment claim**

| Question 7: | Did the Defendants intentionally deprive or cause Plaintiff Blake Campos of his freedom of movement by use of physical barriers, force, threats of force, and menace? | |
|---|---|---|
| Answer: | Nilo Jose:          _____ Yes           __X__ No | |
|  | Juvien Galzote:          _____ Yes           __X__ No | |

    *If you answered "yes" to any defendant in Question 7, then answer Question 7a only with regard to the defendant(s) as to whom you answered "yes" in Question 7.*

    *If you answered "no" to Question 7 as to all defendants, please answer Question 8.*

**Bane Act (Civil Code Section 52.1)**

| Question 8: | Did the Defendants threaten, intimidate or coerce or cause others to threaten, intimidate or coerce Plaintiff Blake Campos?  Please answer as to each Defendant. | |
|---|---|---|
| Answer: | Nilo Jose:          _____ Yes           __X__ No | |
|  | Juvien Galzote:          _____ Yes           __X__ No | |

    *If you answered "yes" to any defendant in Question 8, then answer Question 8a only with regard to the defendant(s) as to whom you answered "yes" in Question 8.*

//
//
//
//
//
//

*If you answered "no" to Question 8 as to all defendants, please answer Question 9.*

| Question 9: | What are Blake Campos' damages? |
|---|---|
| Past noneconomic loss, including physical pain and mental suffering: | $0.00_____ |
| Future noneconomic loss, including physical pain and mental suffering: | $0.00_____ |

*Stop here, answer no further questions, and have the presiding juror sign and date this form.*

Date:  October 7, 2016

/s/ Linda Haynes

_____
PRESIDING JUROR

---

## VERDICT CONCERNING EDDIE CAMPOS

We, the jury in the above-entitled action, find unanimously as follows:

| Question 1: | Did the defendants act under "color of law" against Plaintiff Eddie Campos?  Please answer "Yes" or "No" as to each defendant. |
|---|---|
| Answer: | Nilo Jose:          _____ Yes          __X___ No |
| | Juvien Galzote:          _____ Yes          __X___ No |

*If you answered "yes" to any defendant in Question 1, please proceed to Question 2 and answer only with regard to the defendant(s) as to whom you answered "yes" in Question 1.*

*If you answered "no" to all defendants in Question 1, please proceed to*

*Question 4.*

**Battery claim**

| Question 4: | Did defendants touch or cause Plaintiff Eddie Campos to be touched with the intent to harm or offend him? |
|---|---|
| Answer: | Nilo Jose: ____ Yes   __X___ No |
| | Juvien Galzote: ____ Yes   __X___ No |

*If you answered "yes" to any defendant in Question 4, then answer Question 4a only with regard to the defendant(s) as to whom you answered "yes" in Question 4.*

*If you answered "no" to Question 4 as to all defendants, then skip 4a-4b and answer Question 5.*

**Assault claim**

| Question 5: | Did Defendant Nilo Jose and Defendant Juvien Galzote act, or cause others to act, intending to cause harmful contact with Plaintiff Eddie Campos or intending to place Eddie Campos in fear of harmful contact?   Please answer "Yes" or "No" as to each Defendant. |
|---|---|
| Answer: | Nilo Jose: ____ Yes   __X___ No |
| | Juvien Galzote: ____ Yes   __X___ No |

*If you answered "yes" to Question 5, then answer Question 5a only with regard to the defendant(s) as to whom you answered "yes" in Question 5.*

*If you answered "no," please answer Question 6.*

//

//

//

//

**Intentional infliction of emotional distress claim**

| Question 6: | Was the conduct of Defendants Nilo Jose and/or Juvien Galzote outrageous?  Please answer "Yes" or "No" as to each Defendant. |
|---|---|
| Answer: | Nilo Jose: _____ Yes        __X___ No |
| | Juvien Galzote: _____ Yes        __X___ No |

*If you answered "yes" to any defendant in Question 6, then answer Question 6a only with regard to the defendant(s) as to whom you answered "yes" in Question 6.  If you answered "no" to Question 6 as to all defendants, then skip 6a-6c and answer Question 7.*

**False imprisonment claim**

| Question 7: | Did the Defendants intentionally deprive or cause Plaintiff Eddie Campos of his freedom of movement by use of physical barriers, force, threats of force, and menace? |
|---|---|
| Answer: | Nilo Jose: _____ Yes        __X__ No |
| | Juvien Galzote: _____ Yes        __X__ No |

*If you answered "yes" to any defendant in Question 7, then answer Question 7a only with regard to the defendant(s) as to whom you answered "yes" in Question 7.*

*If you answered "no" to Question 7 as to all defendants, please answer Question 8.*

**Bane Act (Civil Code Section 52.1)**

| Question 8: | Did the Defendants threaten, intimidate or coerce or cause others to threaten, intimidate or coerce Plaintiff Eddie Campos?  Please answer as to each Defendant. |
|---|---|
| Answer: | Nilo Jose: _____ Yes        __X__ No |
| | Juvien Galzote: _____ Yes        __X__ No |

*If you answered "yes" to any defendant in Question 8, then answer Question 8a only with regard to the defendant(s) as to whom you answered "yes" in Question 8.*

*If you answered "no" to Question 8 as to all defendants, please answer Question 9.*

| Question 9: | What are Eddie Campos' damages? |
|---|---|
| Past noneconomic loss, including physical pain and mental suffering: | $0.00_____ |
| Future noneconomic loss, including physical pain and mental suffering: | $0.00_____ |

*Stop here, answer no further questions, and have the presiding juror sign and date this form.*

Date:  October 7, 2016

/s/ Linda Haynes

_____
PRESIDING JUROR

**VERDICT CONCERNING MORGAN BURNINGHAM**

We, the jury in the above-entitled action, find unanimously as follows:

| Question 1: | Did the defendants act under "color of law" against Plaintiff Morgan Burningham?  Please answer "Yes" or "No" as to each defendant. |
|---|---|
| Answer: | Nilo Jose:          _____ Yes          __X___ No |
|  | Juvien Galzote:          _____ Yes          __X___ No |

*If you answered "yes" to any defendant in Question 1, please proceed to*

*Question 2 and answer only with regard to the defendant(s) as to whom you answered "yes" in Question 1.*

*If you answered "no" to all defendants in Question 1, please proceed to Question 4.*

**Battery claim**

| Question 4: | Did defendants touch or cause Plaintiff Morgan Burningham to be touched with the intent to harm or offend him? |
|---|---|
| Answer: | Nilo Jose: _____ Yes    __X___ No |
| | Juvien Galzote: _____ Yes    __X___ No |

*If you answered "yes" to any defendant in Question 4, then answer Question 4a only with regard to the defendant(s) as to whom you answered "yes" in Question 4*

*If you answered "no" to Question 4 as to all defendants, then skip 4a-4b and answer Question 5.*

**Assault claim**

| Question 5: | Did Defendant Nilo Jose and Defendant Juvien Galzote act, or cause others to act, intending to cause harmful contact with Plaintiff Morgan Burningham or intending to place Morgan Burningham in fear of harmful contact? Please answer "Yes" or "No" as to each Defendant. |
|---|---|
| Answer: | Nilo Jose: _____ Yes    __X___ No |
| | Juvien Galzote: _____ Yes    __X___ No |

*If you answered "yes" to Question 5, then answer Question 5a only with regard to the defendant(s) as to whom you answered "yes" in Question 5.*

*If you answered "no," please answer Question 6.*

**Intentional infliction of emotional distress claim**

| Question 6: | Was the conduct of Defendants Nilo Jose and/or Juvien Galzote outrageous?  Please answer "Yes" or "No" as to each Defendant. |
|---|---|
| Answer: | Nilo Jose: _____ Yes _____X_____ No |
| | Juvien Galzote: _____ Yes _____X_____ No |

*If you answered "yes" to any defendant in Question 6, then answer Question 6a only with regard to the defendant(s) as to whom you answered "yes" in Question 6.  If you answered "no" to Question 6 as to all defendants, then skip 6a-6c and answer Question 7.*

**False imprisonment claim**

| Question 7: | Did the Defendants intentionally deprive or cause Plaintiff Morgan Burningham of his freedom of movement by use of physical barriers, force, threats of force, and menace? |
|---|---|
| Answer: | Nilo Jose: _____ Yes _____X___ No |
| | Juvien Galzote: _____ Yes _____X___ No |

*If you answered "yes" to any defendant in Question 7, then answer Question 7a only with regard to the defendant(s) as to whom you answered "yes" in Question 7.*

*If you answered "no" to Question 7 as to all defendants, please answer Question 8.*

**Bane Act (Civil Code Section 52.1)**

| Question 8: | Did the Defendants threaten, intimidate or coerce or cause others to threaten, intimidate or coerce Plaintiff Morgan Burningham?  Please answer as to each Defendant. |
|---|---|
| Answer: | Nilo Jose: _____ Yes _____X___ No |
| | Juvien Galzote: _____ Yes _____X___ No |

*If you answered "yes" to any defendant in Question 8, then answer Question 8a only with regard to the defendant(s) as to whom you answered "yes" in Question 8.*

*If you answered "no" to Question 8 as to all defendants, please answer Question 9.*

| Question 9: | What are Morgan Burningham' damages? |
|---|---|
| Past noneconomic loss, including physical pain and mental suffering: | $0.00_____ |
| Future noneconomic loss, including physical pain and mental suffering: | $0.00_____ |

*Stop here, answer no further questions, and have the presiding juror sign and date this form.*

Date:  October 7, 2016

/s/ Linda Haynes

_____
PRESIDING JUROR

_____

### VERDICT CONCERNING MIKE STEINHAUS

We, the jury in the above-entitled action, find unanimously as follows:

| Question 1: | Did the defendants act under "color of law" against Plaintiff Mike Steinhaus?  Please answer "Yes" or "No" as to each defendant. |
|---|---|
| Answer: | Nilo Jose:          _____ Yes          __X___ No |
|  | Juvien Galzote:     _____ Yes          __X___ No |

*If you answered "yes" to any defendant in Question 1, please proceed to Question 2 and answer only with regard to the defendant(s) as to whom you*

*answered "yes" in Question 1.*

*If you answered "no" to all defendants in Question 1, please proceed to Question 4.*

**Battery claim**

| Question 4: | Did defendants touch or cause Plaintiff Mike Steinhaus to be touched with the intent to harm or offend him? |
|---|---|
| Answer: | Nilo Jose: _____ Yes __X___ No |
| | Juvien Galzote: _____ Yes __X___ No |

*If you answered "yes" to any defendant in Question 4, then answer Question 4a only with regard to the defendant(s) as to whom you answered "yes" in Question.*

*If you answered "no" to Question 4 as to all defendants, then skip 4a-4b and answer Question 5.*

**Assault claim**

| Question 5: | Did Defendant Nilo Jose and Defendant Juvien Galzote act, or cause others to act, intending to cause harmful contact with Plaintiff Mike Steinhaus or intending to place Mike Steinhaus in fear of harmful contact?   Please answer "Yes" or "No" as to each Defendant. |
|---|---|
| Answer: | Nilo Jose: _____ Yes __X___ No |
| | Juvien Galzote: _____ Yes __X___ No |

*If you answered "yes" to Question 5, then answer Question 5a only with regard to the defendant(s) as to whom you answered "yes" in Question 5.*

*If you answered "no," please answer Question 6.*

//

//

//

**Intentional infliction of emotional distress claim**

| Question 6: | Was the conduct of Defendants Nilo Jose and/or Juvien Galzote outrageous?  Please answer "Yes" or "No" as to each Defendant. |
|---|---|
| Answer: | Nilo Jose:        _____ Yes            __X___ No |
| | Juvien Galzote:        _____ Yes            __X___ No |

*If you answered "yes" to any defendant in Question 6, then answer Question 6a only with regard to the defendant(s) as to whom you answered "yes" in Question 6.  If you answered "no" to Question 6 as to all defendants, then skip 6a-6c and answer Question 7.*

**False imprisonment claim**

| Question 7: | Did the Defendants intentionally deprive or cause Plaintiff Mike Steinhaus of his freedom of movement by use of physical barriers, force, threats of force, and menace? |
|---|---|
| Answer: | Nilo Jose:        _____ Yes            __X__ No |
| | Juvien Galzote:        _____ Yes            __X__ No |

*If you answered "yes" to any defendant in Question 7, then answer Question 7a only with regard to the defendant(s) as to whom you answered "yes" in Question 7.*

*If you answered "no" to Question 7 as to all defendants, please answer Question 8.*

//
//
//
//
//

**Bane Act (Civil Code Section 52.1)**

| Question 8: | Did the Defendants threaten, intimidate or coerce or cause others to threaten, intimidate or coerce Plaintiff Mike Steinhaus?  Please answer as to each Defendant. |
|---|---|
| Answer: | Nilo Jose:          _____ Yes          __X___ No |
|  | Juvien Galzote:      _____ Yes          __X___ No |

*If you answered "yes" to any defendant in Question 8, then answer Question 8a only with regard to the defendant(s) as to whom you answered "yes" in Question 8.*

*If you answered "no" to Question 8 as to all defendants, please answer Question 9.*

| Question 9: | What are Mike Steinhaus' damages? |
|---|---|
| Past noneconomic loss, including physical pain and mental suffering: | $0.00_____ |
| Future noneconomic loss, including physical pain and mental suffering: | $0.00_____ |

*Stop here, answer no further questions, and have the presiding juror sign and date this form.*

Date:  October 7, 2016

/s/ Linda Haynes

_____
PRESIDING JUROR

//

//

## <u>VERDICT CONCERNING BROOKE CAMPOS</u>

We, the jury in the above-entitled action, find unanimously as follows:

| Question 1: | Did the defendants act under "color of law" against Plaintiff Brooke Campos?  Please answer "Yes" or "No" as to each defendant. |
|---|---|
| Answer: | Nilo Jose:　　　　　_____ Yes　　　　__X___ No |
| | Juvien Galzote:　　　_____ Yes　　　　__X___ No |

*If you answered "yes" to any defendant in Question 1, please proceed to Question 2 and answer only with regard to the defendant(s) as to whom you answered "yes" in Question 1.*

*If you answered "no" to all defendants in Question 1, please proceed to Question 4.*

| Question 4: | What are Brooke Campos' damages? |
|---|---|
| Past noneconomic loss, including physical pain and mental suffering: | $0.00_____ |
| Future noneconomic loss, including physical pain and mental suffering: | $0.00_____ |

*Stop here, answer no further questions, and have the presiding juror sign and date this form.*

Date:  October 7, 2016

　　　　　　　　　　　　/s/ Linda Haynes

　　　　　　　　　　　　_____
　　　　　　　　　　　　PRESIDING JUROR

//
//

DISENHOUSE LAW
APC

## VERDICT CONCERNING THIRD PARTY PLAINTIFF
## NILO JOSE

We, the jury in the above-entitled action, find unanimously as follows:

| Question 1: | Did Mike Steinhaus and/or Blake Campos touch Nilo Jose with the intent to harm or offend him?  Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes          __X__ No |
|  | Blake Campos:       __X_ Yes          _____ No |

*If you answered "yes" for either third party defendant, then answer Question 1a only with regard to the third party defendant(s) as to whom you answered "yes" to Question 1.*

*If you answered "no" to Question 1 for both third party defendants, skip to Question 2.*

| Question 1a: | Did Nilo Jose consent to be touched by Mike Steinhaus and/or Blake Campos?  Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes          _____ No |
|  | Blake Campos:       _____ Yes          __X__ No |

*If you answer "no" to Question 1a for either third party defendant, then answer Question 1b as to the third party defendant for whom you answered "no" to Question 1a.*

*If you answered "yes" for both third party defendants, skip to Question 2.*

| Question 1b: | Was Nilo Jose harmed or offended by the touching? Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes          _____ No |
|  | Blake Campos:       __X_ Yes          _____ No |

*If you answered "yes" to Question 1b for either third party defendant, answer Question 1c as to the third party defendant for whom you answered "yes" to Question 1b.*

*If you answered "no" for both third party defendants, skip to Question 2.*

| Question 1c: | Would a reasonable person in Nilo Jose's position have been offended by the touching?  Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes          _____ No |
|  | Blake Campos:      __X_ Yes          _____ No |

*Answer Question 2.*

| Question 2: | Did Mike Steinhaus and/or Blake Campos act intending to cause harmful or offensive contact with Nilo Jose, or intending to place Nilo Jose in fear of harmful or offensive contact?  Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes          __X__ No |
|  | Blake Campos:      __X_ Yes          _____ No |

*If you answered "yes" for either third party defendant, then answer Question 2a only with regard to the third party defendant(s) as to whom you answered "yes" to Question 2.*

*If you answered "no" to Question 2 for both third party defendants, skip to Question 3.*

//
//
//
//
//

| Question 2a: | Did Nilo Jose reasonably believe he was about to be touched in a harmful or offensive manner?  Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes           _____ No |
| | Blake Campos:      __X_ Yes           _____ No |

*If you answer "no" to Question 2a for either third party defendant, then answer Question 2b as to the third party defendant for whom you answered "no" to Question 2a.*

*If you answered "yes" for both third party defendants, skip to Question 3.*

| Question 2b: | Did Nilo Jose consent to the contact?  Please answer "ye" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes           _____ No |
| | Blake Campos:      _____ Yes           __X__ No |

*If you answer "no" to Question 2b for either third party defendant, then answer Question 2c as to the third party defendant for whom you answered "no" in Question 2b.*

*If you answered "yes" for both third party defendants, skip to Question 3.*

| Question 2c: | Was the touching in a harmful or offensive manner a substantial factor in causing harm to Nilo Jose?  Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes           _____ No |
| | Blake Campos:      __X_ Yes           _____ No |

*Answer Question 3.*

//

//

| Question 3: | Was the conduct of Mike Steinhaus and/or Blake Campos outrageous?  Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus: _____ Yes      ___X_ No |
| | Blake Campos:    __X_ Yes      _____ No |

*If you answered "yes" for either third party defendant, then answer Question 3a only with regard to the third party defendant(s) as to whom you answered "yes" to Question 3.*

*If you answered "no" to Question 3 for both third party defendants, skip to Question 4.*

| Question 3a: | Did Mike Steinhaus and/or Blake Campos intend to cause Nilo Jose emotional distress or did they act with reckless disregard of the probability that he would suffer emotional distress?  Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus: _____ Yes      __X___ No |
| | Blake Campos:    __X_ Yes      _____ No |

*If you answered "no" to Question 3a for either third party defendant, then answer Question 3b as to the third party defendant for whom you answered "no" to Question 3a.*

*If you answered "yes" for both third party defendants, skip to Question 4.*

| Question 3b: | Did Nilo Jose suffer severe emotional distress as a result of the conduct of Mike Steinhaus and/or Blake Campos? Please answer "yes" or "no" for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus: _____ Yes      _____ No |
| | Blake Campos:    __X_ Yes      _____ No |

*If you answer "no" to Question 3b for either third party defendant, then answer Question 3c as to the third party defendant for whom you answered "no" to Question 3b.*

*If you answered "yes" for both third party defendants, skip to Question 4.*

| Question 3b: | Was the conduct of Mike Steinhaus and/or Blake a substantial factor in causing Niles Jose's severe emotional distress?  Please answer yes or no for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes              _____ No |
|  | Blake Campos:      __X_ Yes              _____ No |

*Answer Question 4.*

**Civil Code section 52.1**

| Question 4: | Did Mike Steinhaus and/or Blake Campos threaten, intimidate or coerce Niles Jose?  Please answer yes or no for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:      _____ Yes              _____ No |
|  | Blake Campos:      __X_ Yes              _____ No |

*If you answered "yes for either third party defendant, then answer question 4a only with regard to the third party defendant(s) as to whom you answered yes to question 4.*

*If you answered "no to question for both third party defendants, skip to question 5.*

//
//
//
//

| Question 4a: | Did Mike Steinhaus and/or Blake Campos commit these acts of threat, intimidation or coercion to prevent Niles Jose from exercising his right to protest the conduct of Mike Steinhaus, Blake Campos and their party?  Please answer yes or no for each third party defendant. |
|---|---|
| Answer: | Mike Steinhaus:  _____ Yes          _____ No |
|  | Blake Campos:  __X_ Yes          _____ No |

*If you answer no to question 4a for either third party defendant, then answer question 4b as to the third party defendant for whom you answered no to question 4a.*

*If you answered yes for both third party defendants, skip to question 5.*

| Question 4b: | Was the conduct of Mike Steinhaus and/or Blake Campos a substantial factor in causing harm to Niles Jose?  Please answer yes or no for each third party defendant. |
|---|---|
| *Answer:* | Mike Steinhaus:  _____ Yes          _____ No |
|  | Blake Campos:  __X_ Yes          _____ No |

*Answer question 5.*

*Answer question 5 only if  you answered "yes" to one or more of the following questions:  1c, 2c, 3b or 4b.*

What are Niles Jose's damges*:*

| Past noneconomic loss, including physical pain and mental suffering: | $21,812.62 |
|---|---|
| Future noneconomic loss, including physical pain and mental suffering: | $0.00 |

//

//

*Have the presiding juror sign and date this form.*

Date:  October 7, 2016

/s/ Linda Haynes

_____

PRESIDING JUROR

WHEREFORE, BY REASON OF THE AFORESAID, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs EDDIE CAMPOS, BROOKE CAMPOS, BLAKE CAMPOS, MIKE STEINHAUS and MORGAN BURNINGHAM shall take nothing by reason of their Complaint on file herein, that Defendants NILO JOSE and JUVIEN GALZOTE shall have judgment against Plaintiffs, that the Complaint shall be and hereby is dismissed with prejudice, and Defendants shall be entitled to their statutory costs of suit pursuant to a timely filed Bill of Costs pursuant to FRCP Rule 54(d)(1) and Local Rule 54.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Third Party Plaintiff NILO JOSE shall have and recover the sum of $21,812.62 from Third Party Defendant BLAKE CAMPOS, plus statutory costs of suit, pursuant to FRCP Rule 54(d)(1) and Local Rule 54.  Third Party  Plaintiff NILO JOSE shall take nothing by reason of this Third Party Complaint against Third Party Defendant MICHAEL STEINHAUS, and the Third Party Complaint shall be and is hereby dismissed with prejudice as to MICHAEL STEINHAUS.

On April 18, 2016, this court granted the COUNTY OF RIVERSIDE'S Motion for Summary Judgment as against all plaintiffs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs shall take nothing by reason of their complaint against the COUNTY OF RIVERSIDE, that judgment shall be entered in favor of the COUNTY OF RIVERSIDE and against Plaintiffs, the complaint shall be ordered dismissed with prejudice as against the COUNTY OF RIVERSIDE, and the COUNTY OF

1   RIVERSIDE shall be entitled to its statutory costs of suit pursuant to FRCP Rule

2   54(d)(1) and Local Rule 54.

3   Date:  November 9, 2016

4

5                                                                  _____

     U.S. DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28