Jason P. Williams, Esq. (SBN # 232371)
Thomas W. Palecek, Esq. (SBN #225890)
WILLIAMS | PALECEK LAW GROUP, LLP
3170 Fourth Ave., Suite 400
San Diego, CA 92103
Tel.: (619) 346-4263
Fax: (619) 346-4291
tpalecek@wplgattorneys.com
Attorneys for Defendant,
DANIEL ARENAS, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EDDIE CAMPOS, BROOKE CAMPOS, BLAKE CAMPOS, MIKE STEINHAUS, and MORGAN BURNINGHAM, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE, STANLEY SNIFF, DANIEL ARENAS, JR., JUVIEN GALZOTE, BRIAN LAUREANO, LISA MILLER, THOMAS MILLER, NILO JOSE, VINCENT MUSARACA, DAVE JOHNSON, and GARY GUEVERRA, <br><br> Defendants. <br><br> AND RELATED COUNTER CLAIMS | CASE NO. 14-cv-1370-JGB-(DTBx) <br><br> **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

The parties having jointly moved for and requested a Dismissal with Prejudice as to the individual defendants, DANIEL ARENAS, JR.; BRIAN LAUREANO; LISA MILLER; THOMAS MILLER; and VINCENT MUSARACA.

1     IT IS ORDERED:

2     1.    That Plaintiff's entire complaint against the individual defendants, DANIEL ARENAS, JR.; BRIAN LAUREANO; LISA MILLER; THOMAS MILLER; and VINCENT MUSARACA as captioned above, including all causes of action alleged therein, is hereby dismissed, with prejudice; and,

    2.    All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: January 27, 2017

_____
THE HONORABLE JESUS G. BERNAL
Judge of the United States District Court
Central District of California
Eastern Division

-2-

ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE